

**RYAN LAW**

100 Congress Avenue, Suite 950 | Austin, Texas 78701 | 512.459.6600 Main | 512.459.6601 Fax
www.ryanlawllp.com

ACCEPTED
03-14-00397-CV
4069934
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 11:21:57 AM
JEFFREY D. KYLE
CLERK

Doug Sigel
Partner
Direct Dial: 512.459.6611
E-Mail: Doug.Sigel@ryanlawllp.com

February 9, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/9/2015 11:21:57 AM

JEFFREY D. KYLE
Clerk

**Via Electronic Filing:**
Mr. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

RE:     Cause No. 03-14-00397-CV

Appellant, American Multi-Cinema, Inc. // Cross-Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas
v.
Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas // Cross-Appellee, American Multi-Cinema, Inc.

Dear Mr. Kyle:

Appellant/Cross-Appellee, American-Multi Cinema, Inc. received your correspondence advising the parties that submission and oral argument in the above referenced appeal has been set for March 11, 2015 at 9:00 a.m.  Please be advised that I intend to argue this matter before the Court.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Doug Sigel
Counsel for American Multi-Cinema, Inc.

Cc: Charles Eldred (Charles.Eldred@texasattorneygeneral.gov)